CLOSED, JURY

# U.S. District Court
## District of South Carolina (Columbia)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00424-MBS
### Internal Use Only

| | |
|---|---|
| Chamberlain v. Nvidia Corporation et al | Date Filed: 02/12/2007 |
| Assigned to: Honorable Margaret B Seymour | Date Terminated: 06/04/2007 |
| Cause: 15:25 Clayton Act | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Lee R Chamberlain**  represented by  **Chad A McGowan**
*on behalf of herself and all others similarly situated*

McGowan Hood Felder and Johnson
1539 Healthcare Drive
Rock Hill, SC 29732
803-327-7800
Fax: 803-328-5656
Email: cmcgowan@mcgowanhood.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Gressette Felder, Jr**
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201
803-779-0100
Fax: 803-787-0750
Email: jfelder@mcgowanhood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nvidia Corporation**  represented by  **Cory E Manning**
Nelson Mullins Riley and Scarborough
PO Box 11070
Columbia, SC 29211
803-255-5524
Email: cory.manning@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ATI Technologies Inc**     represented by **Elizabeth Van Doren Gray**
Sowell Gray Stepp and Laffitte
PO Box 11449
Columbia, SC 29211
803-231-7827
Fax: 803-231-7877
Email: egray@sowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Advanced Micro Devices Inc**     represented by **Elizabeth Van Doren Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2007 | 1 | COMPLAINT against Nvidia Corporation, ATI Technologies Inc, Advanced Micro Devices Inc ( Filing fee $ 350 receipt number 895874.), filed by Lee R Chamberlain.(cbru, ) (Entered: 02/13/2007) |
| 02/12/2007 | 2 | Local Rule 26.01 Answers to Interrogatories by Lee R Chamberlain. (cbru, ) (Entered: 02/13/2007) |
| 02/12/2007 | 3 | (Court only) CIVIL COVER SHEET - Private Entry. (cbru, ) (Entered: 02/13/2007) |
| 02/12/2007 | 4 | Summons Issued (Restricted Access) as to Nvidia Corporation, ATI Technologies Inc, Advanced Micro Devices Inc. (cbru, ) (Entered: 02/13/2007) |
| 03/13/2007 | 5 | (Court only) ***Attorney Cory E Manning for Nvidia Corporation added. (cbru, ) (Entered: 03/13/2007) |
| 03/13/2007 | 6 | ORDER extending time for defendant Nvidia Corporation to answer or otherwise plead. Signed by Judge Margaret B Seymour on 3/13/2007. (cbru, ) (Entered: 03/13/2007) |
| 03/14/2007 | 7 | (Court only) ***Attorney Elizabeth Van Doren Gray for ATI Technologies Inc and Advanced Micro Devices Inc added. (cbru, ) (Entered: 03/14/2007) |
| 03/14/2007 | 8 | ORDER extending time for defendant ATI Technologies Inc, Advanced Micro Devices Inc to answer or otherwise plead. Signed by Judge Margaret B Seymour on 3/13/2007. (cbru, ) (Entered: 03/14/2007) |
| 03/14/2007 | 9 | DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 by Nvidia Corporation.(Manning, Cory) (Entered: 03/14/2007) |
| 03/14/2007 | 10 | Local Rule 26.01 Answers to Interrogatories by Nvidia Corporation. |

| | | |
|---|---|---|
| | | (Manning, Cory) (Entered: 03/14/2007) |
| 03/14/2007 | 11 | Local Rule 26.01 Answers to Interrogatories by Advanced Micro Devices Inc.(Gray, Elizabeth) (Entered: 03/14/2007) |
| 03/14/2007 | 12 | Local Rule 26.01 Answers to Interrogatories by ATI Technologies Inc. (Gray, Elizabeth) (Entered: 03/14/2007) |
| 06/04/2007 | 13 | CONDITIONAL TRANSFER ORDER transferring this case for inclusion in MDL #1826 In Re: Graphics Processing Units Antitrust Litigation (cbru, ) Modified docket text on 6/5/2007 (cbru, ). (Entered: 06/05/2007) |
| 06/04/2007 | 14 | (Court only) Case transferred to Northern District of California. The Transferring Clerk's Office hereby attests the record and the docket sheet available through CM/ECF to be the certified list. (cbru, ) (Entered: 06/05/2007) |